IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : | CIVIL ACTION NO. 1:09-CV-1811 |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **KNOUSE FOODS COOPERATIVE, INC.,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 26th day of January, 2010, upon consideration of the uncontested motion to intervene (Doc. 11), filed by Ofelia Idelfonso ("Idelfonso") and Blanca Lupian ("Lupian"), and it appearing that Idelfonso and Lupian have a statutory right to intervene with respect to the Title VII claims in the above-captioned matter, see 42 U.S.C. § 2000e-5(f)(1) ("The person or persons aggrieved shall have the right to intervene in a civil action brought by the Commission . . . ."), and that their remaining claims in the above-captioned matter, which relate to 42 U.S.C. § 1981 and to the common law of torts, share a common question of law or fact with the main Title VII action, it is hereby ORDERED that:

1. The motion for leave to intervene (Doc. 11) is GRANTED. See FED. R. CIV. P. 24(a)(1) (providing that "anyone shall be permitted to intervene in an action . . . when a statute of the United States confers an unconditional right to intervene"); FED. R. CIV. P. 24(b)(1)(B) (providing that "the court may permit anyone to intervene who . . . has a claim or defense that shares with the main action a common question of law or fact").

2. The Clerk of Court is directed to remove the proposed document (Doc. 11-2) from the docket in this case, file it as an intervening complaint as of the date of this order, amend the docket to reflect the parties named therein, and issue a summons.


    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge